NIKA ALDRICH (OSB #160306)
p*ro hac vice* pending
SCOTT D. EADS (OSB #910400)
*pro hac vice* forthcoming
JASON A. WRUBLESKI (OSB #120524)
*pro hac vice* forthcoming
**Schwabe, Williamson & Wyatt, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
E-mail:  naldrich@schwabe.com
          seads@schwabe.com
          jwrubleski@schwabe.com

*Attorneys for Columbia Sportswear North America, Inc.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation; VENTEX CO., LTD., a foreign company; MICHAEL J. CAREY, an individual; WENDY M. CAREY, an individual; ROBERT (BOB) MURPHY, an individual; SCOTT DENIKE, an individual; KYUNG-CHAN GO, an individual; and MAN-SIK (PAUL) PARK, an individual,<br><br>Defendants. | Case No.: 20-cv-709 JLS (JLB)<br><br>***EX PARTE* APPLICATION FOR ORDER GRANTING PLAINTIFF COLUMBIA SPORTSWEAR'S MOTION FOR WITHDRAWAL OF DAVID W. AXELROD AND ERIN M. FORBES AS ATTORNEYS**<br><br>**[Declaration of Nika Aldrich filed concurrently]**<br><br>The Honorable Janis L. Sammartino<br>Courtroom:      4D, 4th Floor<br><br>Date Action Filed:  January 29, 2019<br>Trial Date: TBD |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 83.3(f) and 83.3(g), Plaintiff Columbia Sportswear North America, Inc. ("Columbia"), hereby applies *ex parte* for an Order Granting Columbia's Motion for Withdrawal of Attorneys David W. Axelrod and Erin M. Forbes. Mr. Axelrod and Ms. Forbes are not members of the bar of this Court and have not been admitted to this Court *pro hac vice*. However, Columbia has been advised that a motion is required to withdraw them from this case since, owing to their appearances before the case was transferred, they are listed as counsel of record in this matter on the docket and in CM/ECF.

On January 11, 2021, Columbia contacted attorneys representing the Seirus Defendants concerning this Motion. Counsel for the Seirus Defendants responded as follows: "since we are not currently a party, we don't have a position as a party on the withdrawal. Certainly we do not oppose it as a non-party."[1]

The application is based upon the below Memorandum of Points and Authorities, the currently filed Declaration of Nika Aldrich, all pleadings and papers on file in this action, all further evidence of which the court may take judicial notice, and any oral argument that may be presented at a hearing on this Application.

Upon granting of this motion, please update your service lists to reflect this withdrawal of counsel. Columbia will continue to be represented in this matter by its remaining counsel of record listed below:

> Nika Aldrich (OSB 160306), naldrich@schwabe.com
> Scott D. Eads (OSB 910400), seads@schwabe.com
> Jason A. Wrubleski (OSB 120524), jwrubleski@schwabe.com
> SCHWABE, WILLIAMSON & WYATT, P.C.
> 1211 SW 5th Avenue, Suite 1900
> Portland, OR 97204
> Telephone: 503.222.9981

---

[1] Defendants Go and Park have both defaulted (ECF 170, 204), and Defendant Ventex is not currently represented by counsel.

1 | Dated: January 13, 2021
2 |                                              SCHWABE, WILLIAMSON & WYATT, P.C.
3 |
4 |                                    By:    *s/ Nika Aldrich*
                                              Nika Aldrich
5 |                                            E-mail: naldrich@schwabe.com
                                              Scott D. Eads
6 |                                            E-mail: seads@schwabe.com
                                              Jason A. Wrubleski
7 |                                            E-mail: jwrubleski@schwabe.com
8 |                                            *Attorneys for Columbia Sportswear North America, Inc.*

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Columbia Sportswear North America, Inc. hereby applies *ex parte* for an Order Granting Columbia's Motion for Withdrawal of Attorneys.

Columbia respectfully requests the Court's permission for the withdrawal of David W. Axelrod and Erin M. Forbes, attorneys at Schwabe, Williamson & Wyatt. Nika Aldrich, Scott Eads, and Jason Wrubleski of Schwabe, Williamson & Wyatt, 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204, telephone number (503) 222-9981, facsimile number (503) 796-2900, will remain as its attorneys of record in this action. Columbia brings this motion pursuant to Local Rule 83.3(f) and 83.3(g), and respectfully shows the Court as follows:

1. David W. Axelrod and Erin M. Forbes are currently listed as counsel of record in the above-referenced action.

2. Columbia and counsel ask the Court to permit David W. Axelrod and Erin M. Forbes to withdraw as counsel for Columbia. Nika Aldrich, Scott Eads, and Jason Wrubleski of Schwabe, Williamson & Wyatt, will remain as attorneys of record for Columbia in this action.

3. The withdrawal of attorneys is not for purposes of delay.

4. Notice of the withdrawal of the above-named counsel has been given to Columbia and to each of the other parties to the case or their counsel. Declaration of Nika Aldrich ("Aldrich Decl.") at ¶ 2.

5. Defendants' counsel's position regarding this ex parte motion is that they will not oppose this motion. Aldrich Decl. at ¶ 4.

/ / /
/ / /
/ / /
/ / /
/ / /

The undersigned accepts this withdrawal, and is duly admitted to practice in this district.

Dated: January 13, 2021          SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Nika Aldrich*
Nika Aldrich
E-mail: naldrich@schwabe.com
Scott D. Eads
E-mail: seads@schwabe.com
Jason A. Wrubleski
E-mail: jwrubleski@schwabe.com

*Attorneys for Columbia Sportswear North America, Inc.*

The undersigned, hereby withdraws as counsel for Columbia in the above-entitled case.

Dated: January 13, 2021          SCHWABE, WILLIAMSON & WYATT, P.C.

By: David W. Axelrod
E-mail: daxelrod@schwabe.com

Dated: January 13, 2021          SCHWABE, WILLIAMSON & WYATT, P.C.

By: Erin M. Forbes
E-mail: eforbes@schwabe.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I caused to be served the foregoing document on the following parties at the following addresses via the method of service indicated:

| | |
|---|---|
| **By electronic service via the Court's CM/ECF system:** | Christopher S. Marchese<br>Seth M. Sproul<br>Tucker N. Terhufen<br>John W. Thornburgh<br>Oliver J. Richards<br>Fish & Richardson PC<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br><br>*Attorneys for Defendants Seirus Innovative Accessories, Inc., Michael J. Carey, Wendy M. Carey, Robert (Bob) Murphy and Scott Denike* |
| **By electronic service via email:** | Paul S. Bierly<br>paulbierly@markowitzherbold.com<br>Harry B. Wilson<br>harrywilson@markowitzherbold.com<br>Markowitz Herbold PC<br>455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>*Attorneys for Defendants Seirus Innovative Accessories, Inc., Michael J. Carey, Wendy M. Carey, Robert (Bob) Murphy and Scott Denike* |
| **By electronic service via email:** | **Ventex Co., Ltd.**<br>ventex@ventexkorea.com |
| **By electronic service via email and by U.S. Mail:** | **Kurt M. Rylander**<br>rylander@rylanderlaw.com<br>**Mark E. Beatty**<br>beatty@rylanderlaw.com<br>Rylander & Associates PC<br>PO Box 250<br>Vancouver, WA 98666<br><br>*Former Attorneys for Ventex Co., Ltd.* |

| | |
|---|---|
| | **Peter Chen**<br>pchen@cov.com<br>Covington & Burling LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br><br>*Attorney for Ventex Co., Ltd. in related matter Ventex Co. Ltd. v. Columbia Sportswear North America, Inc.*, IPR2017-00651 and IPR2017-00789 (Patent Trial and Appeal Board) and *Ventex Co., Ltd. v. Columbia Sportswear North America, Inc.*, Appeal Nos. 19-1705 and 19-1706 (Federal Circuit)<br><br>**James Geringer**<br>james.geringer@klarquist.com<br>Klarquist Sparkman, LLP<br>World Trade Center, One<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br><br>*Attorney for Ventex Co., Ltd. in related matter Columbia Sportswear North America et al v. Ventex Co., Ltd. et al.*, No. 3:17-cv-00623-MO (D. Or.) |
| **By electronic service via email:** | **Jaime Theriot**<br>jaime.theriot@troutman.com<br>Troutman Sanders LLP<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br><br>*Attorney for Non-Party Troutman Sanders LLP* |

by delivering to them a true and correct copy thereof, certified by me as such.

*s/ Nika Aldrich*
Nika Aldrich
Email: naldrich@schwabe.com