NIKA ALDRICH (OSB #160306)
p*ro hac vice* pending
SCOTT D. EADS (OSB #910400)
*pro hac vice* forthcoming
JASON A. WRUBLESKI (OSB #120524)
*pro hac vice* forthcoming
**Schwabe, Williamson & Wyatt, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
E-mail:  naldrich@schwabe.com
         seads@schwabe.com
         jwrubleski@schwabe.com

*Attorneys for Columbia Sportswear North America, Inc.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation; VENTEX CO., LTD., a foreign company; MICHAEL J. CAREY, an individual; WENDY M. CAREY, an individual; ROBERT (BOB) MURPHY, an individual; SCOTT DENIKE, an individual; KYUNG-CHAN GO, an individual; and MAN-SIK (PAUL) PARK, an individual,<br><br>Defendants. | Case No.: 20-cv-709 JLS (JLB)<br><br>**DECLARATION OF NIKA ALDRICH IN SUPPORT OF PLAINTIFF COLUMBIA'S *EX PARTE* APPLICATION FOR ORDER GRANTING MOTION FOR WITHDRAWAL OF DAVID W. AXELROD AND ERIN M. FORBES AS ATTORNEYS**<br><br>The Honorable Janis L. Sammartino<br>Courtroom:     4D, 4th Floor<br><br>Date Action Filed: January 29, 2019<br>Trial Date: TBD |

1

ALDRICH DECLARATION IN SUPPORT OF
ATTORNEY WITHDRAWAL                                              CASE NO.: 20-CV-709 JLS (JLB)

I, Nika Aldrich, declare:

1. I am an attorney duly licensed to practice law in the State of Oregon and have applied for admission *pro hac vice* in the above captioned matter. I am an attorney with the law firm of Schwabe, Williamson & Wyatt, PC, attorneys of record for Plaintiff Columbia Sportswear North America, Inc. ("Columbia"). I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto under oath.

2. Notice has been given to counsel for the Seirus Defendants regarding the withdrawal of David W. Axelrod and Erin M. Forbes. Defendants Go and Park have both been defaulted (ECFs 170, 204), and Defendant Ventex is not represented by counsel.

3. Mr. Axelrod has retired, and is no longer associated with Schwabe, Williamson & Wyatt, P.C. Ms. Forbes has switched groups within the firm, and is no longer engaged in intellectual property litigation.

4. On January 11, 2021, I contacted Defendants' counsel by email to notify them of Columbia's intent to file this *ex parte* application and to meet and confer regarding the subject matter of this motion. Defendants' counsel indicated that Defendants' had no opposition to this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2021 at Portland, Oregon.

*s/ Nika Aldrich*
Nika Aldrich

2

ALDRICH DECLARATION IN SUPPORT OF
ATTORNEY WITHDRAWAL                              CASE NO.: 20-CV-709 JLS (JLB)

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I caused to be served the foregoing document on the following parties at the following addresses via the method of service indicated:

| | |
|---|---|
| **By electronic service via the Court's CM/ECF system:** | Christopher S. Marchese<br>Seth M. Sproul<br>Tucker N. Terhufen<br>John W. Thornburgh<br>Oliver J. Richards<br>Fish & Richardson PC<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br><br>*Attorneys for Defendants Seirus Innovative Accessories, Inc., Michael J. Carey, Wendy M. Carey, Robert (Bob) Murphy and Scott Denike* |
| **By electronic service via email:** | Paul S. Bierly<br>paulbierly@markowitzherbold.com<br>Harry B. Wilson<br>harrywilson@markowitzherbold.com<br>Markowitz Herbold PC<br>455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>*Attorneys for Defendants Seirus Innovative Accessories, Inc., Michael J. Carey, Wendy M. Carey, Robert (Bob) Murphy and Scott Denike* |
| **By electronic service via email:** | **Ventex Co., Ltd.**<br>ventex@ventexkorea.com |
| **By electronic service via email and by U.S. Mail:** | **Kurt M. Rylander**<br>rylander@rylanderlaw.com<br>**Mark E. Beatty**<br>beatty@rylanderlaw.com<br>Rylander & Associates PC<br>PO Box 250<br>Vancouver, WA 98666<br><br>*Former Attorneys for Ventex Co., Ltd.* |

| | |
|---|---|
| | **Peter Chen**<br>pchen@cov.com<br>Covington & Burling LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br><br>*Attorney for Ventex Co., Ltd. in related matter Ventex Co. Ltd. v. Columbia Sportswear North America, Inc.,* IPR2017-00651 and IPR2017-00789 (Patent Trial and Appeal Board) and *Ventex Co., Ltd. v. Columbia Sportswear North America, Inc.*, Appeal Nos. 19-1705 and 19-1706 (Federal Circuit)<br><br>**James Geringer**<br>james.geringer@klarquist.com<br>Klarquist Sparkman, LLP<br>World Trade Center, One<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br><br>*Attorney for Ventex Co., Ltd. in related matter Columbia Sportswear North America et al v. Ventex Co., Ltd. et al.*, No. 3:17-cv-00623-MO (D. Or.) |
| **By electronic service via email:** | **Jaime Theriot**<br>jaime.theriot@troutman.com<br>Troutman Sanders LLP<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br><br>*Attorney for Non-Party Troutman Sanders LLP* |

by delivering to them a true and correct copy thereof, certified by me as such.

                                  *s/ Nika Aldrich*
                                  Nika Aldrich
                                  Email: naldrich@schwabe.com