UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation; VENTEX CO., LTD., a foreign company; MICHAEL J. CAREY, an individual; WENDY M. CAREY, an individual; ROBERT (BOB) MURPHY, an individual; SCOTT DENIKE, an individual; KYUNG-CHAN GO, an individual; and MAN-SIK (PAUL) PARK, an individual,<br><br>Defendants. | Case No.: 20-CV-709 JLS (JLB)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ENTER DEFAULT AGAINST DEFENDANT VENTEX CO., LTD.** |

On February 9, 2021, this Court ordered Defendant Ventex Co., Ltd. ("Ventex") to, on or before March 9, 2021, either (1) obtain substitute counsel of record or (2) show cause why default should not be entered against it for failure to defend and failure to retain substitute counsel of record. ECF No. 329 ("Order") at 2. The Court cautioned Ventex that, should "[it] fail to respond to this Order, the Court will direct the Clerk of the Court to enter default against Ventex." *Id.* at 3. Ventex, however, has failed to respond to the

Order. In light of the foregoing, the Court **DIRECTS** the Clerk of the Court to enter default against Defendant Ventex Co., Ltd.

**IT IS SO ORDERED.**

Dated: March 10, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge