UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation; VENTEX CO., LTD., a foreign company; MICHAEL J. CAREY, an individual; WENDY M. CAREY, an individual; ROBERT (BOB) MURPHY, an individual; SCOTT DENIKE, an individual; KYUNG-CHAN GO, an individual; and MAN-SIK (PAUL) PARK, an individual,<br><br>Defendants. | Case No.: 20-CV-709 JLS (JLB)<br><br>**ORDER (1) VACATING MAY 20, 2021 HEARING AND (2) SETTING BRIEFING SCHEDULE FOR *EX PARTE* APPLICATION FOR LEAVE TO FILE AN OPPOSITION**<br><br>(ECF Nos. 337, 338, 340) |

Presently before the Court are Plaintiff Columbia Sportswear North America, Inc.'s Motion for Default Judgment Against Ventex Co., Ltd.; Man-Sik (Paul) Park; and Kyung-Chan Go ("Mot.," ECF No. 338); Plaintiff's motion to file the Motion under seal (ECF No. 337); and Non-Parties Seirus Innovative Accessories, Inc.; Michael J. Carey; Wendy M. Carey; Robert Murphy; and Scott DeNike's (collectively, the "Non-Parties") *Ex Parte*

///

Application for Leave to File an Opposition to the Motion ("*Ex Parte* Appl.," ECF No. 340).

As an initial matter, the Court **VACATES** the hearing on the Motion currently set for May 20, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

Further, the *Ex Parte* Application notes that Plaintiff opposes the Non-Parties' filing of an opposition to the Motion. *Ex Parte* Appl. at 1. Accordingly, Plaintiff **SHALL FILE** an opposition to the *Ex Parte* Application, *not to exceed three (3) pages*, on or before Monday, May 10, 2021. The Non-Parties **MAY FILE** their reply, if any, *not to exceed two (2) pages*, on or before Tuesday, May 11, 2021. Once briefing is complete, the Court will take the matter under submission without oral argument. Should the Court grant the *Ex Parte* Application, it will set a deadline for the filing of Plaintiff's reply, if any, in support of its Motion at that time.

**IT IS SO ORDERED.**

Dated: May 7, 2021

Hon. Janis L. Sammartino
United States District Judge