UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation; VENTEX CO., LTD., a foreign company; MICHAEL J. CAREY, an individual; WENDY M. CAREY, an individual; ROBERT (BOB) MURPHY, an individual; SCOTT DENIKE, an individual; KYUNG-CHAN GO, an individual; and MAN-SIK (PAUL) PARK, an individual,<br><br>Defendants. | Case No.: 20-CV-709 JLS (JLB)<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR WITHDRAWAL OF HARRY B. WILSON AND PAUL BIERLY AS ATTORNEYS FOR NON-PARTIES SEIRUS INNOVATIVE ACCESSORIES, INC.; MICHAEL J. CAREY; WENDY M. CAREY; ROBERT (BOB) MURPHY; AND SCOTT DENIKE**<br><br>(ECF No. 355) |

Presently before the Court is the *Ex Parte* Motion for Withdrawal of Harry B. Wilson and Paul Bierly as Attorneys for Non-Parties Seirus Innovative Accessories, Inc.; Michael J. Carey; Wendy M. Carey; Robert (Bob) Murphy; and Scott Denike (collectively, "Seirus") ("*Ex Parte* Mot.," ECF No. 355). Seirus indicates that Plaintiff Columbia Sportswear North America, Inc., does not oppose the *Ex Parte* Motion, and that Seirus will continue to be represented by its remaining counsel of record at Fish & Richardson PC. *Id.*

at 3.  Good cause appearing, the Court **GRANTS** Seirus's *Ex Parte* Motion.  The Clerk of the Court **SHALL TERMINATE** Harry B. Wilson and Paul Bierly as counsel of record for Non-Parties Seirus Innovative Accessories, Inc.; Michael J. Carey; Wendy M. Carey; Robert (Bob) Murphy; and Scott Denike.

**IT IS SO ORDERED.**

Dated: May 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge