

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Columbia Sportswear North America, Inc.<br><br>Plaintiff,<br><br>V.<br><br>Ventex Co., Ltd.; Michael J Carey; Wendy M. Carey; Robert (Bob) Murphy; Scott Denike; Kyung-Chan Go; Man-Sik (Paul) Park<br><br>Defendant. | Civil Action No.   20-cv-709-RSH-JLB<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS default judgment in Columbia's favor and against the Ventex Defendants, with respect to Columbia's Federal RICO, Oregon RICO, Oregon Fraud, Virginia Fraud, and Virginia Civil Conspiracy to Commit Fraud claims. The Court AWARDS Columbia trebled actual damages in the amount of $2,369,826.24. The Court AWARDS Columbia prejudgment interest in the amount of $380,265.14 for interest accrued through September 26, 2023, with additional prejudgment interest accruing at a rate of $194.78 per day thereafter until the date judgment is entered. The Court AWARDS Columbia attorneys' fees in the amount of $679,131.84. The Court AWARDS Columbia non-taxable expenses in the amount of $1,547.00. The Ventex Defendants' liability for the total amount of damages, attorneys' fees, and non-taxable expenses is joint and several. The Clerk of Court is DIRECTED to enter judgment accordingly and close the file.

Date:   11/7/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sudan

A. Sudan, Deputy